

RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 9/10/15

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.: 1:15-cr-00056-01 |
| | * | |
| VERSUS | * | 18 U.S.C. § 1349 |
| | * | |
| | * | CHIEF JUDGE DEE D. DRELL |
| DEIRDRE CHRISTOPHE NELSON | * | MAGISTRATE JUDGE KIRK |

### UNDERSTANDING OF MAXIMUM PENALTY AND CONSTITUTIONAL RIGHTS

I, **DEIRDRE CHRISTOPHE NELSON**, the above-named defendant, having been furnished a copy of the charges and having discussed same with my attorney, state that I understand the nature of the charges against me and the maximum possible penalties that may be imposed against me as set forth in the Plea Agreement.

I further state that I understand:

1. My right to be represented by counsel (a lawyer) of my choice, or if I cannot afford counsel, my right to be represented by court-appointed counsel at no cost to me;

2. My right to plead guilty or not guilty;

3. My right to have a jury trial with twelve jurors who must all agree as to my guilt in order to convict;

4. My right not to be required to testify against myself or at all, if I do not so desire;

5. My right to confront and cross-examine witnesses against me and my right to have compulsory process to require witnesses to testify.

I realize that by pleading guilty, I stand convicted of the crime charged and waive my privilege against self-incrimination, my right to jury trial, my right to confront and cross-examine witnesses, and my right of compulsory process.

I further state that my plea in this matter is free and voluntary and that it has been made without any threats or inducements whatsoever (except the Plea Agreement) from anyone associated with the State or United States Government or my attorney, and that the only reason I am pleading guilty is that I am in fact guilty as charged.

Thus done and signed this 10th day of September, 2015.

_____
DEIRDRE CHRISTOPHE NELSON
Defendant

_____
T. TAYLOR TOWNSEND
Attorney for Defendant

RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 9/10/15

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL NO.: 1:15-cr-00056-01 |
| --- | --- | --- |
| | * | |
| VERSUS | * | 18 U.S.C. § 1349 |
| | * | |
| | * | CHIEF JUDGE DEE D. DRELL |
| DEIRDRE CHRISTOPHE NELSON | * | MAGISTRATE JUDGE KIRK |

## AGREEMENT TO ABANDON PROPERTY

This agreement is made between **DEIRDRE CHRISTOPHE NELSON** and the United States Department of Justice, United States Attorney's Office, Western District of Louisiana.

**DEIRDRE CHRISTOPHE NELSON** states and affirms that she is the rightful owner of the following: $600.00 U.S. currency received on or about July 18, 2014 from Joe L. Colbert, Jr. and while assisting in the investigation.

Pursuant to this agreement, **DEIRDRE CHRISTOPHE NELSON**, who has been convicted of the felony offense of Conspiracy to Commit Bank Fraud in violation of 18 U.S.C. § 1349, hereby knowingly, willfully, and voluntarily agrees to permanently abandon any and all ownership rights, legal interest and claims to the aforementioned asset. Under this agreement, **DEIRDRE CHRISTOPHE NELSON** authorizes any law enforcement agency of the United States, or any other law enforcement agency that the United States may designate, to dispose of said asset in any manner permitted by law.

Page 1 of 2

Thus done and signed this \_\_10TH\_\_ day of \_\_September\_\_, 2015.

_____
CYTHERIA D. JERNIGAN
Assistant U.S. Attorney
MA Bar #657960

_____
DEIRDRE CHRISTOPHE NELSON
Defendant

_____
T. TAYLOR TOWNSEND
Attorney for Defendant